United States District Court
Southern District of Texas
**ENTERED**
July 24, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BERNARD MILLER, | § | |
| Plaintiff, | § § § | |
| v. | § | Cause No. 4:16-cv-00799 |
| A ABSOLUTE PLUMBING, INC. and JOE GORDIN, | § § § | |
| Defendants. | § § § | A Jury is Demanded |

## ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE

On this day, came on to be heard the Stipulation for Dismissal without Prejudice filed by the Parties.

IT IS ORDERED, that the claims of Plaintiff against Defendants are hereby dismissed, **with prejudice**, each Party bearing their own attorney's fees and costs. The Clerk is hereby ordered to close this file.

Signed this 24th day of July, 2017.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE